Russell A. M. Anderson, Appellee, v. Dean F. Klarr and Lawrence A. Peterson, Defendants. Appeal of Dean F. Klarr, Appellant.

Gen. No. 40,861.   (Abstract of Decision.)

Heard in first division, first district, this court at

October term, 1939; opinion filed May 20, 1940; rehearing denied June 3, 1940. Kinne, Scovel, Robson & Murphy, for appellant; Harry C. Kinne, of counsel; Musgrave, Oppenheim, Price & Ewins, for appellee. Opinion by Justice McSurely. ''Not to be published in full.''